UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO GONZALES and MARTIN PALACIOS, individually, and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Charter Communications, LLC, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07567-JLS-ADS<br><br>Assigned to Hon. Josephine L. Staton<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 10A, 411 West 4th Street Santa Ana, CA 92701<br>Judge: Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | The Court, having read and considered the Stipulation for Dismissal without Prejudice |
| 2 | (Dkt #27), pursuant to L.R. 7-1 & F.R.C.P. 41(a)(1)(A)(ii), hereby ORDERS that this action |
| 3 | be DISMISSED WITHOUT PREJUDICE. |

**IT IS SO ORDERED.**

Dated: March 17, 2020

THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE